UNITED STATES COURT OF INTERNATIONAL TRADE           FORM 1

TAKE A BYTE, INC.

                Plaintiff,

v.                                                                                **S U M M O N S**

UNITED STATES,                                           Court No.  25-00363

                Defendant.

**TO:**  The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Gina Justice
Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 2704 | Center (if known): | Industrial and Manufacturing Materials |
| Protest Number: | 2704-25-173125 | Date Protest Filed: | 07/30/2025 |
| Importer: | Take A Byte, Inc. | Date Protest Denied: | 11/17/2025 |
| Category of Merchandise: | Thermal Paper with Adhesive Backing | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BDN01919872 | 12/02/2023 | 05/16/2025 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Matthew Arthur Seymour
Grunfeld, Desiderio, Lebowitz, Silveman & Klestadt LLP
599 Lexington Ave, FL 36, New York, NY 100022
(212) 973-7737
MSeymour@gdlsk.com

Name, Firm, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Thermal Paper with Adhesive Backing | 4823.90.8680<br>9903.88.03<br>A-570-920<br>C-570-921 | Free<br>25%<br>115.29%<br>13.63% | 4823.90.8680<br>9903.88.03<br>N/A<br>N/A | Free<br>25%<br>0%<br>0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether the subject Thermal Paper with Adhesive Backing is subject to ADD/CVD orders (A-570-920 and C-570-921) covering lightweight thermal paper from the People's Republic of China.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Matthew Seymour
_____
*Signature of Plaintiff's Attorney*

December 4, 2025
_____
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)